FILED'06 MAR 13 12:53 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL JON BAILEY, | Civ. No. 05-988-HO |
| Petitioner, | ORDER DISMISSING HABEAS CORPUS PETITION |
| vs. | |
| JEAN HILL, | |
| Respondent. | |

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 124 S.Ct. 2531 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from June 23, 2005, until sixty days after the date of the decision rendering *Blakely* retroactively

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this 12th day of March, 2006.

_____
The Honorable Michael R. Hogan
U.S. District Judge

Submitted by:

_____
Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE